UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYLINE RISK MANAGEMENT, INC.,

    Plaintiff/Counterclaim Defendant,

    - against -

YANNIS LEGAKIS, and LACONIC RISK SOLUTIONS,

    Defendants/Counterclaim Plaintiffs.

**ORDER**

20 Civ. 8395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for April 8, 2021 is adjourned <u>sine die</u>.

Dated: New York, New York
       March 4, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge