UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
SKYLINE RISK MANAGEMENT, Inc.,

              Plaintiff,

  -against-

YANNIS LEGAKIS and LACONIC RISK
SOLUTIONS,

              Defendants.
--------------------------------------------------------X

ORDER

20-CV-8395 (PGG)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Defendants Yannis Legakis and Laconic Risk Solutions filed a motion to compel discovery, pursuant to Federal Rule of Civil Procedure 37. <u>See</u> Docket Entry No. 36. The movants failed to comply with Local Civil Rule 37.2 of this court and Rule 2.A of the Court's Individual Rules of Practice, because no letter requesting a pre-motion conference was filed prior to the filing of the motion. Therefore, the motion, Docket Entry No.36, is denied.

Dated: New York, New York
       April 14, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE