UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,                :

                      Plaintiff,                     :

       - against -                                  :           ORDER

YANNIS LEGAKIS and LACONIC RISK          :           20-CV-8395 (PGG)(KNF)
SOLUTIONS,
                                   :
                    Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on April 22, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before September 30, 2021;

2. the last date on which to amend pleadings will be May 28, 2021;

3. the last date on which to join additional parties will be May 28, 2021;

4. a telephonic status conference will be held with the parties on July 7, 2021, at 11:45 a.m. The parties shall use dial-in number (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge; and

6. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before October 29, 2021. That document must conform to the

requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated:  New York, New York  
       April 23, 2021

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE