UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SKYLINE RISK MANAGEMENT, INC.,

      Plaintiff-Counterclaim-Defendant,

      -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

      Defendants-Counter-Claimants.

-----------------------------------------------------------------X

**ORDER**

**20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is unavailable on the dates the parties have suggested for a conference. The Parties are directed to submit via email three mutually agreeable dates for the last week of March, by **Wednesday, March 9, 2022**. The conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

      By **Friday, March 18, 2022**, the parties shall each file a letter of **no longer than three pages** in length, briefing the Court on the question of whether the Defendant/Counterclaim Plaintiff was an employee or independent contractor.

      SO ORDERED.

DATED:    New York, New York
              March 7, 2022

                                                  JENNIFER E. WILLIS
                                                 United States Magistrate Judge