UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SKYLINE RISK MANAGEMENT, INC.,

        Plaintiff-Counterclaim-Defendant,        **ORDER**

        -against-        20-CV-8395 (PGG) (JW)

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

        Defendants-Counter-Claimants.

-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

    On May 18, 2022, the parties filed a joint letter to the Court providing a status update on the current state of discovery. Dkt. No. 134. While not facially a motion, in the letter a request was made for a 90-day extension to the discovery deadline. The Court will extend the fact discovery deadline for 30 days from today's date, to June 20, 2022.

    The Court is also scheduling an in-person conference for June 27, 2022, at 10:00 AM. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York. If the parties wish to request a further extension of the deadline, they may do so at that time.

    SO ORDERED.

DATED:     New York, New York
            May 19, 2022

                                                                                       JENNIFER E. WILLIS
                                                                                       United States Magistrate Judge