UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

       Plaintiff-Counterclaim-Defendant,

      -against-

YANNIS LEGAKIS and LACONIC RISK
SOLUTIONS,

       Defendants-Counter-Claimants.
-----------------------------------------------------------------X

**ORDER**

20-CV-8395 (PGG) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of two letters regarding on-going discovery disputes in this matter. Dkt. Nos. 140, 141.  As the Court has already scheduled a conference for Monday, June 27, 2022 at 10:00 AM, the Court will address the discovery issues raised at that time.  As noted in the Court's Order dated May 18, 2022, the Court will consider further extensions to the discovery deadline as part of that Conference.  Dkt. No. 135.  The Parties should endeavor to continue to press forward with their discovery obligations, to the extent possible without Court intervention, in the days leading up to the Conference.

    The Clerk of Court is respectfully requested to terminate the letter motions at Dkt. Nos. 140 and 141.

    SO ORDERED.

DATED:    New York, New York
               June 21, 2022

                                             *Jennifer E. Willis*
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge