UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

       Plaintiff-Counterclaim-Defendant,

       -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

       Defendants-Counter-Claimants.
-------------------------------------------------------------------X

**ORDER**

**20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 27, 2022, a discovery conference was held in this matter. The Court set the following deadlines:

- Plaintiff's final document production, as well as the re-production of the already-produced documents in the agreed-upon format, must be complete by **July 5, 2022**.

- Defendants' document production must be completed by **July 27, 2022**. The discovery deadline is also moved to this date.

A conference is scheduled for 1:00 PM on **July 11, 2022**. The conference will be held in person. At that time, the Court expects an update on the progress of document production between the parties.

The parties are directed to order a copy of the hearing transcript and send one courtesy copy to Chambers.

    SO ORDERED.

DATED:    New York, New York
                June 28, 2022

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge