**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

        Plaintiff-Counterclaim-Defendant,                    **ORDER**

           -against-                             **20-CV-8395 (PGG) (JW)**

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

        Defendants-Counter-Claimants.
---------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 27, 2022, the Parties submitted a letter requesting that the discovery

deadline be moved to allow for the taking of depositions.  Dkt. No. 152.  The deadline

is moved to **November 18, 2022**.


      SO ORDERED.

DATED:     New York, New York
            August 1, 2022

                              *Jennifer E. Willis*
                          JENNIFER E. WILLIS
                    United States Magistrate Judge