UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

      Plaintiff-Counterclaim-Defendant,

      -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

      Defendants-Counter-Claimants.
-------------------------------------------------------------------X

**ORDER**

20-CV-8395 (PGG) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 7, 2022, the Parties filed a joint request for a Rule 16 conference to address the issue of whether certain documents constitute trade secrets. Dkt. No. 154. As stated in the letter, this concerns a "question of what constitutes a trade secret." Id. This question, legal in nature and perhaps dispositive of certain claims, is not appropriately before this Court via Rule 16.[1] Rather, this would be more properly addressed in a motion pursuant to Rule 56. Such a motion would properly be before the District Judge, or this Court if the Parties consent to Magistrate Judge jurisdiction.

      SO ORDERED.

DATED:   New York, New York
              October 14, 2022

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge

---

[1] The case cited by the Parties in their letter, Huebner v. Midland Credit Mgmt., Inc., No. 14-cv-6046, 2015 WL 1966280 (E.D.N.Y. May 1, 2015) is not persuasive, as it does not discuss the purpose of a Rule 16 conference except with respect to the requirement of good faith participation as set forth in 16(f).