UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

        Plaintiff-Counterclaim-Defendant,

        -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

        Defendants-Counter-Claimants.
------------------------------------------------------------------X

**ORDER**

**20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 9, 2022, Defendants filed a letter alerting the Court to a potential issue regarding certain outstanding depositions in this case. Dkt. No. 158. On December 12, 2022, Plaintiff responded. Dkt. No. 159.

It is not clear from Defendants' letter what remedy they seek from the Court. More generally, it is not clear why something that appears to be a garden-variety scheduling issue arising from various health complications has been raised to the Court's attention. Plaintiff asks for a "final [discovery] extension through and including January 17, 2023 to complete discovery." This request is GRANTED.

The Court expects that this will, in fact, be the **final** extension of discovery, and that all depositions will be completed by that date bar exceptional circumstances.

SO ORDERED.

DATED:    New York, New York
                December 13, 2022

                                                            *Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                           United States Magistrate Judge