UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

        Plaintiff-Counterclaim-Defendant,

        -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

        Defendants-Counter-Claimants.
------------------------------------------------------------------X

**ORDER**

**20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 17, 2023, Plaintiff filed a letter with the Court regarding issues with the 30(b)(6) deposition of Plaintiff, a corporate entity. Dkt. No. 162. It is unclear from Plaintiff's submission whether Defendants agree or oppose the proposed extension of time. Defendants are directed to file a letter indicating their position by end of day on **January 18, 2023**.

By that same deadline, Plaintiff is directed to submit to the Court, via email, an *ex parte* letter providing more color on Mr. Menexas's health status in order to better inform the Court before determining how discovery should proceed.

    SO ORDERED.

DATED:    New York, New York
             January 17, 2023

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge