**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

           Plaintiff-Counterclaim-Defendant,

               -against-

YANNIS LEGAKIS and LACONIC RISK
SOLUTIONS,

           Defendants-Counter-Claimants.
---------------------------------------------------------------X

                                **ORDER**

                    **20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 12, 2023, Defendants filed a letter motion seeking to compel the deposition of Plaintiff's 30(b)(6) representative, George Menexas, following his failure to appear at a scheduled deposition. Dkt. No. 161. On January 17, 2023, Plaintiff responded and asked for an enlargement of the discovery period until February 10, 2023. Dkt. No. 162. Shortly thereafter, Defendants responded and objected to Plaintiff's request. Dkt. No. 164.

The Court finds that Plaintiff has had more than enough time to take Mr. Legakis's deposition, as well as a scheduled opportunity to do so. It is not clear to the Court why a discussion with Mr. Menexas, if a prerequisite to that deposition, did not occur in the several months that have been allowed for these two depositions. Thus, the Court declines to enlarge the discovery period for that purpose.

The Court GRANTS Defendants' motion to compel. Plaintiff must produce an adequate 30(b)(6) witness for deposition by **January 31, 2023**. If Plaintiff's counsel

is not confident in Mr. Menexas's ability to be presented prior to that deadline, another witness should be prepared and produced by that same deadline.

SO ORDERED.

DATED:      New York, New York
            January 19, 2023

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge