UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

        Plaintiff-Counterclaim-Defendant,

        -against-

YANNIS LEGAKIS and LACONIC RISK
SOLUTIONS,

        Defendants-Counter-Claimants.
------------------------------------------------------------------X

**ORDER**

**20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 13, 2023, the Court received an *ex parte* communication from an officer of Plaintiff corporation. A copy of that communication is attached as an exhibit to this Order. The Court would like to advise Mr. Menexas that parties should generally not contact the Court via email, only through filings on the docket. Any communication from either side must include opposing counsel.

Plaintiff is also advised that, as a corporation, they must engage legal counsel. A corporation cannot represent itself in Court, and there can be consequences if they attempt to do so. Those consequences include dismissal of the claims brought by Plaintiff for failure to prosecute. As there are counterclaims asserted, Defendants could also seek a default judgment against Plaintiff.

SO ORDERED.

DATED:    New York, New York
                March 13, 2023

                                                                                       JENNIFER E. WILLIS
                                                                                   United States Magistrate Judge

# EXHIBIT A

# Willis NYSD Chambers

| | |
|---|---|
| **From:** | Giorgios Menexas <gmenexas@skylinerm.com> |
| **Sent:** | Monday, March 13, 2023 9:31 AM |
| **To:** | Willis NYSD Chambers |
| **Subject:** | Case 1:20-cv-08395-PGG-JW Skyline Risk Management, Inc. v. Legakis et al |
| **Attachments:** | Dkt 175 - Order Granting Motion to Withdraw (3.1.23) (4876-2999-3812.1).pdf |

CAUTION - EXTERNAL:

Hello,

Re: Case 1:20-cv-08395-PGG-JW Skyline Risk Management, Inc. v. Legakis et al

I want to confirm that I have the right email address regarding the above case.
My name is Giorgios Menexas and I am one of the officers of the Plaintiff "Skyline Risk Management". I wanted to submit a letter regarding the attached order and deadline. Should I send the letter to this email or to another?


Thank You,

Giorgios Menexas


Mailing Address
228 Park Avenue S, Suite 48897
New York, New York 10003


Phone: +1.718.267.6600
Direct Phone Line: +1.347.577.9884
Fax: +1.718.224.5511
Email: gmenexas@skylinerm.com
Website: www.skyleriskmanagement.com


[http://www.skylineriskmanagement.com/s/Skyline-Risk-Management-Email-Footer-k06x.png]<http://skylineriskmanagement.com>

NOTICE: This transmission contains information that may be confidential or privileged. If you received this transmission in error, please notify the sender immediately, delete all copies, and be aware that any disclosure, copying, distribution or use of the contents of this transmission is strictly prohibited. Also, for your protection, coverage cannot be bound or changed via voice mail, email, fax, or online via the agency's website, and is not effective until confirmed directly with a licensed agent. See: http://www.skylineriskmanagement.com/email-disclaimer for further information.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.