UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKYLINE RISK MANAGEMENT, INC.,

       Plaintiff-Counterclaim-Defendant,

       -against-

YANNIS LEGAKIS and LACONIC RISK
SOLUTIONS,

       Defendants-Counter-Claimants.
------------------------------------------------------------------X

**ORDER**

**20-CV-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 20, 2023, a letter was filed with the Court by Brad A. Schlossberg, which stated that he had been engaged as new counsel for Plaintiff. Dkt. No. 179. If Mr. Schlossberg has in fact been retained, he is directed to file a Notice of Appearance by **March 23, 2023**. Defendant is directed to respond to Mr. Schlossberg's request for a conference by that same date.

SO ORDERED.

DATED:   New York, New York
            March 21, 2023

                                                                         _____
                                                                        JENNIFER E. WILLIS
                                                                        United States Magistrate Judge