UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SKYLINE RISK MANAGEMENT, INC.,

        Plaintiff-Counterclaim-Defendant,

        -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

        Defendants-Counter-Claimants.

----------------------------------------------------------------X

**ORDER**

**20-cv-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      In a previous order, the Court extended the period for fact discovery until May 31, 2023, for the sole purpose of allowing Defendants to take a Rule 30(b)(6) deposition. Dkt. No. 188 at 5. By **June 28, 2023**, the Parties are directed to submit a joint letter to the Court advising on the status of the 30(b)(6) deposition and the identity of the deponent.

      SO ORDERED.

DATED:    New York, New York
               June 23, 2023

                                          _____
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge