UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SKYLINE RISK MANAGEMENT, INC.,

          Plaintiff-Counterclaim-Defendant,        **ORDER**

                                                                 20-CV-8395 (PGG) (JW)

            -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

          Defendants-Counter-Claimants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 28, 2023, the Parties wrote to inform the Court that Plaintiff produced Mr. Menexas for a Rule 30(b)(6) deposition on June 2, 2023. Dkt. No. 194. This Court previously granted sanctions for fees associated with a missed deposition of Mr. Menexas, as well as work associated with the motions regarding sanctions. Dkt. No. 188. Specifically, this Court found that "the court reporter, travel, and exhibit binder costs should be awarded to Defendants." Dkt. No. 188 at 6. This Court also found that "fees and costs of preparing the initial letter motions as well as the main motions for [the] sanctions" at issue were owed. Id. at 7. Given that Defendants initially prepared to depose Mr. Menexas, and Mr. Menexas was subsequently deposed on June 2, 2023, this Court does not believe fees regarding general deposition preparation are warranted. Therefore, Defendants are ordered to resubmit fees including only costs related to the missed deposition (the court reporter, travel,

exhibit binder etc.), as well as the costs of preparing the sanctions motions by **July 14, 2023**.

Additionally, this Court is prepared to reduce the fee amounts requested by Defendants (i) to comport with hourly rates generally awarded in this District and (ii) because Defendants have not provided information regarding the background and experience of the billers for this Court to make a determination that the rates proposed are reasonable. See e.g., [(RC) 2 Pharma Connect, LLC v. Mission Pharmacal Co.](), No. 21-CV-11096 (LJL), 2023 WL 112552 (S.D.N.Y. Jan. 4, 2023). Defendants may submit a letter of no more than 5 pages defending the reasonableness of their rates by the same July 14, 2023 deadline.

SO ORDERED.

DATED:   New York, New York
         June 29, 2023

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge