UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SKYLINE RISK MANAGEMENT, INC.,

          Plaintiff-Counterclaim-Defendant,

          -against-

YANNIS LEGAKIS and LACONIC
RISK SOLUTIONS,

          Defendants-Counter-Claimants.

------------------------------------------------------------------X

**ORDER**

**20-cv-8395 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard at a conference on August 15, 2023 regarding the dispute at Dkt. No. 196. Defendants asked the Court to preclude Plaintiff from making assertions regarding Proper Risk software related to Plaintiff's claim regarding trade secrets. Plaintiff's counsel stipulated that they did not intend to use allegations about Proper Risk software to support their claims regarding trade secrets. Therefore, the dispute was rendered moot.

      The Parties were directed to order a copy of the transcript and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
            August 15, 2023

                                                                                              *Jennifer E. Willis*
                                                                                JENNIFER E. WILLIS
                                                                                United States Magistrate Judge