

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 516.740.0887

Reply to: [X] Syosset Office
[ ] Brooklyn Office

September 27, 2023

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin

also admitted in New Jersey*
also admitted in District of Columbia**

Honorable Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Skyline Risk Management Inc. v. Legakis, et at
No: 20-cv-08395

Dear Judge Subramanian:

This office represents Plaintiff, Skyline Risk Management, Inc. in connection with the above referenced matter which is currently scheduled for September 28, 2023 at 1:00 p.m.

Mr. Schlossberg has been diagnosed with Covid and therefore we are respectfully requesting an adjournment of tomorrow's court conference to either October 26th or 27th in the afternoon. We have spoke to counsel for Defendant and they have consented to our request.

Thank you in advance for your courtesies.

Respectfully,

Brad A. Schlossberg

The request for an adjournment is granted. The status conference set for September 28, 2023, will now take place October 26, 2023 at 2PM. **By Friday, October 6, 2023**, the parties should submit a joint status letter updating the Court as to whether any discovery remains outstanding and whether the parties intend to file motions for summary judgment. If they do, the parties should submit a proposed briefing schedule.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 27, 2023

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)