UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC.,<br><br>        Plaintiff,<br><br>   -against-<br><br>YANNIS LEGAKIS, et al.,<br><br>        Defendant(s). | 20-CV-8395 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at yesterday's hearing, plaintiff is ORDERED to produce the documents referenced by plaintiff in its email by November 2, 2023. By November 3, 2023, the parties should submit a joint letter with three weeks between April and June 2024 that would work for trial.

  By November 9, 2023, plaintiff is ORDERED to provide defendants with a calculation of damages. By November 9, 2023, the parties should also discuss settlement with their clients and consider making good-faith proposals/responses.

  Motions for summary judgment are due December 4, 2023; responses are due December 18, 2023; replies are due January 5, 2024.

  Plaintiff has agreed to dismiss its trade secrets claim; pursuant to Fed. R. Civ. P. 41(a)(2), that claim is hereby DISMISSED.

  SO ORDERED.

Dated: October 27, 2023
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge