UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> YANNIS LEGAKIS, et al., <br><br> Defendant(s). | 20-CV-8395 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This Court previously ordered plaintiff to provide defendants with a calculation of damages by November 9, 2023. Dkt. 210. On November 15, 2023, defendants submitted a letter informing the Court that plaintiff had yet to do so. Dkt. 214. Plaintiff is hereby ORDERED to send a calculation of damages to defendants and then submit a letter to the Court confirming it has done so by **5:00 PM on Tuesday, November 21, 2023**. Failure to do so may result in sanctions.

      SO ORDERED.

Dated: November 20, 2023
         New York, New York

                                                          ARUN SUBRAMANIAN
                                                 United States District Judge