UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>YANNIS LEGAKIS, et al.,<br><br>       Defendant(s). | 20-CV-8395 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On November 15, 2023, Magistrate Judge Willis awarded defendants $19,845.00 in attorney's fees and $6,130.43 in costs as part of a sanctions award. Dkt. 215. Judge Willis set the deadline for compliance as December 11, 2023. Dkt. 218. On December 15, 2023, defendants informed the Court that plaintiff has still not paid the award. Dkt. 225.

  Plaintiff is hereby ORDERED to pay defendants the award in full by December 22, 2023. Failure to pay will result in a contempt order as well as further sanctions.

  SO ORDERED.

Dated: December 19, 2023
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge