UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC., <br><br>        Plaintiff, <br><br>-against- <br><br> YANNIS LEGAKIS, et al., <br><br>        Defendant(s). | 20-CV-8395 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendants have filed a letter informing the Court that plaintiff has again missed the deadline to pay the Sanctions Award. Dkt. 231. If true, that would mean that plaintiff is currently in contempt of Court. Dkt. 226, 230. The parties are hereby ORDERED to appear for a conference **on Friday, January 5, 2024, at 2:00 PM** on the motion to compel Skyline to pay sanctions and the request for a contempt order and additional sanctions. Dkt. 231. The parties should be prepared to discuss what additional sanctions would be appropriate. The parties should also be prepared to discuss the status of this case more generally. The conference will be held in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: January 3, 2024
   New York, New York

                                ARUN SUBRAMANIAN
                                United States District Judge