UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYLINE RISK MANAGEMENT, INC.,

                      Plaintiff,

         -against-

YANNIS LEGAKIS, et al.,

                      Defendant(s).

20-CV-8395 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at the January 5 conference, plaintiff should email the Court and defendants a declaration outlining its inability to pay any sanctions and/or judgment against it by **January 12, 2024.** Supporting documentation should be furnished to the Court for *in camera* review.

    Plaintiff's deadline for paying the sanctions ordered at Dkt. 215 is hereby extended, *nunc pro tunc*, to **January 29, 2024.** Plaintiff is warned that failure to either pay sanctions or prove its inability to pay will result in a contempt order and further sanctions, including potential dismissal of its claims.

    The Court will hold a conference on **January 26, 2024, at 12:00 PM**, in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Plaintiff's principal, George Menexas, and Yannis

Legakis should attend. The parties should be prepared to address any issues related to the materials submitted on January 12, 2024, as well as settlement.

The Clerk of Court is directed to terminate the motions at Dkts. 231 and 232.

SO ORDERED.

Dated: January 8, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge