UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYLINE RISK MANAGEMENT, INC.,

                Plaintiff,

-against-

YANNIS LEGAKIS, et al.,

                Defendant(s).

20-CV-8395 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The conference currently set for January 26, 2024, at 12:00 PM is hereby rescheduled for January 24, 2024 at 12:00 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10075. Plaintiff's principal, Goerge Menexas, and Yannis Legakis must attend.

    SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge