UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC., <br><br>                        Plaintiff, <br><br>-against- <br><br>YANNIS LEGAKIS, et al., <br><br>                        Defendant(s). | 20-CV-8395 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at today's conference, plaintiff shall send the Court an email, copying defendant, by 2:00 PM on Friday, January 26, 2024, informing the Court whether there will be insurance coverage for this case or other funds available for purposes of a potential settlement.

      In addition, the Court will hold a conference on February 6, 2024, at 1:00 PM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Plaintiff's principal, George Menexas, and Yannis Legakis must attend.

      SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                            United States District Judge