UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> YANNIS LEGAKIS, et al., <br><br> Defendant(s). | 20-CV-8395 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The settlement conference currently set for February 13, 2024, is hereby CANCELED. The conference will be reconvened if both sides can agree on a date and time that works for them and their clients, as well as the Court.

SO ORDERED.

Dated: February 9, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge