UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLINE RISK MANAGEMENT, INC., <br><br>                              Plaintiff, <br><br>             -against- <br><br> YANNIS LEGAKIS et al., <br><br>                              Defendants. | 20-CV-8395 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's counsel has renewed his motion to withdraw as counsel. Dkt. 276. No new counsel has entered an appearance on Skyline's behalf, despite this Court's prior order setting a May 20, 2024 deadline for doing so. Dkt. 267. As this Court has previously explained, Skyline is a corporate entity that cannot proceed without counsel. *Id.* If counsel's motion is granted, defendants will be able to seek a default judgment against plaintiff on their counterclaims.

Plaintiff's principal, George Menexas, previously indicated that his relationship with counsel has deteriorated and that he would like new counsel. If Mr. Menexas has changed his mind and no longer consents to his counsel's withdrawal, he should submit a letter or email to his current counsel indicating that fact by May 23, 2024, at 5:00 PM, and counsel should file that letter or email on the docket by 6:00 PM. Otherwise, the Court will grant the motion to withdraw and set a deadline for defendants to move for default judgment on their counterclaims.

Skyline's counsel must serve a copy of this Order and the motion to withdraw upon Skyline Risk Management, Inc. by FedEx overnight mail at its principal place of business at 228 Park

2

Avenue South, Suite 48897, New York, NY 10003 and upon George Menexas by email and by FedEx overnight mail at the best address counsel has for him on or before May 21, 2024.

    SO ORDERED.

Dated:  May 21, 2024
          New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge