UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYLINE RISK MANAGEMENT, INC.,

                    Plaintiff,

          -against-

YANNIS LEGAKIS et al.,

                    Defendants.

20-CV-8395 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has been informed that a settlement in principle has been reached in this matter,

with a stipulation of dismissal to be entered within ten days. Dkt. 278.

The Court will hold a status conference on June 7, 2024, at 11:30 AM if a stipulation of

dismissal has not been entered by that time. The conference will be held remotely. To join,

the parties should dial: +1 646-453-4442, 321063074#.

          SO ORDERED.

Dated: May 28, 2024
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge